# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC CARTER, | : | CIVIL ACTION |
| vs. | : | NO. 18-02703 |
| JIM ROBSON TRUCKING, LLC, et al. | : | |

## O R D E R

**AND NOW, TO WIT:** This 13th day of December, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** */s/ Katie Rolon*
Katie Rolon
Civil Deputy Clerk

Copies Emailed on 12/13/18 to:
  David Sherman, Esq.
  Louis E. Bricklin, Esq.

Civ 2 (7/83)

41.1(b)